IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD MILLS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:14-cv-01693 |
| | : | |
| THERESA DELBALSO, et al. | : | Hon. John E. Jones III |
| | : | |
| Respondents. | : | |

## ORDER

**February 24, 2015**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Counts two and three, alleging ineffective assistance of PCRA counsel, are **DISMISSED**.

2. Counts one and four of the petition are **DENIED**.

3. Mills' motions to appoint counsel are **DISMISSED** as moot.

4. The Clerk of Court is direct to **CLOSE** this case.

5. There is no basis for the issuance of a certificate of appealability.

                                        BY THE COURT:

                                        s/John E. Jones III
                                        John E. Jones III
                                        United States District Judge